IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DEAMUS TROY CASTERLINE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-59 |
| | § | |
| DAVID GUTIERREZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has received Plaintiff's objections to the magistrate judge's order denying leave to amend, Dkt. No. 22, Plaintiff's motion to alter or amend judgment, Dkt. No. 21, Plaintiff's supplemental authorities to his motion, Dkt. No. 24, the magistrate judge's June 23, 2018, memorandum and recommendation ("M&R"), Dkt. No. 23, and Plaintiff's objections to the M&R, Dkt. No. 27.

After independently reviewing the filings, the record, and applicable law, the Court concludes that Plaintiff has shown neither a manifest error of law or fact in the Court's conclusion that his claims lack merit nor clear error in the magistrate judge's denial of leave to amend. Accordingly, the Court **OVERRULES** Plaintiff's objections, Dkt. Nos. 22, 27, **ADOPTS** the June 23, 2018, M&R, Dkt. No. 23, and **DENIES** Plaintiff's motion to alter or amend judgment, Dkt. No. 21.

SIGNED this 4th day of September, 2018.

Hilda Tagle
Senior United States District Judge